# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY WHIPPLE,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL[1],<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:16-cv-1254 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED MARCH 14, 2017 (Doc. 15) |

On March 14, 2017, the Court ordered Plaintiff Dorothy Whipple to show cause why sanctions should not be imposed for failure to comply with the Court's scheduling order, which required her to serve Defendant with a confidential letter brief and file proof of service. (Doc. 15)  Plaintiff filed a timely response to the Court's order, as well as a proof of service indicating Defendant was served with the required brief on February 22, 2017.  (Docs. 16, 17)  Accordingly, the order to show cause dated March 14, 2017 (Doc. 15) is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **March 19, 2017**              **/s/ Jennifer L. Thurston**
                                                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.