# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY WHIPPLE, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL[1], <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:16-cv-01254-JLT <br><br> ORDER GRANTING EXTENSION OF TIME <br><br> (Doc. 20) |

The parties filed a stipulation for a thirty-day extension of time for Plaintiff to prepare and file her opening brief in the action. (Doc. 20) Notably, the Scheduling Order permits a single thirty-day extension by stipulation of parties (Doc. 6 at 4), and this is the first extension requested by either party. Accordingly, the Court **ORDERS**:

1. Plaintiff's request for an extension of time is **GRANTED**; and
2. Plaintiff **SHALL** file an opening brief on or before **May 29, 2017**.

IT IS SO ORDERED.

Dated: **April 18, 2017**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.