# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY WHIPPLE, <br><br>   Plaintiff, <br><br>   v. <br><br> NANCY A. BERRYHILL[1], <br> Acting Commissioner of Social Security, <br><br>   Defendant. | Case No.: 1:16-cv-1254- JLT <br><br> ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME AND DISCHARGING THE ORDER TO SHOW CAUSE DATED MAY 31, 2017 |

On May 31, 2017, the Court ordered Plaintiff to show cause why sanctions should not be imposed for failure to prosecute and failure to comply with the Court's scheduling order, which required the filing of an opening brief. (Doc. 22) The same date, Plaintiff's counsel filed a response, stating the parties had stipulated to a brief extension of time, but she was unable to file the document due to illness earlier in the week. (Doc. 23) Good cause appearing, the Court **ORDERS**:

1. The Order to Show Cause dated May 31, 2017 (Doc. 22) is **DISCHARGED**; and
2. Plaintiff's request for an extension of time to file the opening brief is **GRANTED**.

IT IS SO ORDERED.

Dated: **June 5, 2017**          **/s/ Jennifer L. Thurston**
                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.