# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY WHIPPLE,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL[1],<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:16-cv-1254 - JLT<br><br>ORDER SETTING A BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR ATTORNEY FEES<br><br>(Doc. 35) |

On June 27, 2018, Plaintiff filed a motion for attorney fees pursuant to the Equal Access to Justice Act. (Doc. 35) To date, the Commissioner has not filed a response to the motion or filed a notice of non-opposition. Accordingly, the Court **ORDERS**:

1. Defendant **SHALL** file any opposition, or a notice of non-opposition, no later than **August 15, 2018**; and

2. Any reply by Plaintiff **SHALL** be filed no later than **August 22, 2018**.

IT IS SO ORDERED.

    Dated: __**August 2, 2018**__             __**/s/ Jennifer L. Thurston**__
                                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant in this action.

1