# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DOROTHY WHIPPLE,

                Plaintiff,

      v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

                Defendant.

Case No.: 1:16-cv-1254 - JLT

ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

On August 15, 2018, Dorothy Whipple and Nancy A. Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412(d), 1920. (Doc. 23) Accordingly, the Court **ORDERS**:

1.     Subject to the terms of the parties' stipulation, fees in the amount of $5,400.00 are **AWARDED** to Plaintiff, Dorothy Whipple; and

2.     Plaintiff's motion for attorney fees (Doc. 35) is terminated as **MOOT**.

IT IS SO ORDERED.

Dated:   **August 16, 2018**                **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE